IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALFRED C. GREEN | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv383 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Alfred C. Green, an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Discussion

Petitioner complains of a criminal conviction in the 366th District Court of Collin County, Texas. Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Collin County, Texas. Pursuant to 28 U.S.C. § 124, Collin County is in the Eastern District of Texas. However, Collin County is located in the Sherman Division, rather than the Beaumont Division. As all records and witnesses involving this action may be located in the Sherman Division of this court, the transfer of this action to such division would further justice.

## ORDER

It is accordingly **ORDERED** that this petition is **TRANSFERRED** to the Sherman Division of this court.

SIGNED this 24th day of September, 2020.

_____
Zack Hawthorn
United States Magistrate Judge